## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br><br>v.<br><br>CAREONE MANAGEMENT, LLC,<br>NICOLE IACOLINA, GARY STEPHENS,<br>KIM STEPHENS, DEBRA STEPHENS,<br>KRISTINE WALKER, CITY OF<br>ENGLEWOOD, ENGLEWOOD POLICE<br>DEPARTMENT, OFFICER BARRETT,<br>Individually and in official capacity, JOHN<br>DOES at CareOne and EMS<br>Defendants | CASE NO. 2:22−cv−00824−MCA−JBC<br><br>**NOTICE OF APPEAL TO THE<br>U.S. COURT OF APPEALS FOR THE<br>THIRD CIRCUIT** |

Notice is hereby given that, Marc Stephens, plaintiff in above named case, appeals to the UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT from **Orders** of the UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY, entered in this action on **October 26, 2022**, DENYING Plaintiff's Motion for Alternative Process of Service, **November 4, 2022**, GRANTING Defendants CareOne and Englewood Defendants motion to dismiss and **June 8, 2023** order **denying** plaintiff's first motion for reconsideration regarding CareOne, **February 25, 2025** order GRANTING Englewood Defendants Motion for Summary Judgment, and **October 31, 2025** order denying Plaintiff Motion for Reconsideration regarding the Englewood Defendants.

Pursuant to **Rule 4(a)(4)(A)(iv)**, the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion to alter or amend the judgment under **Rule 59**.

Respectfully Submitted,

Ss//Marc Stephens
Marc Stephens

# CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Marc Stephens vs CareOne, et al

APPEAL FROM DISTRICT COURT:
District: New Jersey
D.C. Docket No.: 2:22-cv-00824-MCA-JBC
Date proceedings initiated in D.C.: February 14, 2022
Date Notice of Appeal filed: June 22, 2023 and November 1, 2025
USCA No.:

## COUNSEL ON APPEAL

**Appellant(s)**: Marc Stephens
Name of Counsel: Pro se
Name of Party(ies): Marc Stephens
Address: 271 Rosemont Place, Englewood, NJ 07631
Telephone No.: 201-598-6268
Fax No.:
E-mail: marcstephens3@gmail.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Mary E. Toscano
Name of Party(ies): CareOne Management LLC
Address: One Riverfront Plaza, Newark, NJ 07102
Telephone No.: (973) 643-6693
Fax No.: (973) 643-6500
E-mail: mtoscano@sillscummis.com

Name of Counsel: Dermot J. Doyle, Esq.
Name of Party(ies): City of Englewood, Officer Barrett, Officer Kim
Address: 2-10 North Van Brunt St., Englewood, NJ 07631
Telephone No.: (201) 666-8282
Fax No.: (201) 666-9625
E-mail: djd@huntingtonbailey.com

Is this a Cross-Appeal?        Yes ☐    No ☑
Appeals Docket No.:

Was there a previous appeal in case?    Yes ☐    No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ☐   No ✔
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
   Yes ☐   No ✔

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
✔ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
✔ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __1st__ day of __November__, 20_25_ .

Signature of Counsel:_____

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within 14 days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

**SHORT CAPTION:** Marc Stephens, et al vs CareOne, et al

**USCA NO.:** _____

**LOWER COURT or AGENCY and DOCKET NUMBER:**
District of New Jersey, 2:22−cv−00824−MCA−JBC

**NAME OF JUDGE:** Honorable Madeline Cox Arleo, and James B. Clark III

**Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:**

Plaintiffs-Appellant Marc Stephens contend that the Defendants-Appellee CareOne, City of Englewood, Englewood Police Department, Officer Timothy Barrett, Officer Kim, violated Marc Stephens' civil right by Illegal Entry, Illegal Search, falsifying evidence, Violation of Due Process, Intentional infliction of emotional distress, defamation, and several other cause of actions.

(1) The action is for deprivation of civil rights pursuant to 42 U.S.C 1983 & 1985.
(2) Appellant Marc Stephens, a natural person, filed a civil complaint, pro se, against the defendants which was dismissed without prejudice in US District court, and filed a motion for reconsideration in District Court which was denied.
(3) Appellants seeks declaratory and injunction relief, and $6 million in money damages.
(4) Pursuant to **Rule 4(a)(4)(A)(iv), and Rule 59**, Appellant appeal from the opinion and order dated October 26, 2022, November 4, 2022, June 8, 2023, February 25, 2025, and October 31, 2025.

**LIST and ATTACH a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.**

- Order dated October 26, 2022, ECF no. 22
- Order dated November 4, 2022, ECF no. 23
- Order dated June 8, 2023, ECF no. 42
- Order dated February 25, 2025, ECF no. 78
- Order dated October 31, 2025, ECF no. 82

**Provide a short statement of the factual and procedural background, which you consider important to this appeal:**

The District Court dismissed appellant's **MARC STEPHENS'** complaint against the Defendants **CAREONE** and **CITY OF ENGLEWOOD and 2 DEFENDANT OFFICERS** holding that the defendant CareOne is not a State Actor, and did not work in concert with the Englewood Defendants to violate appellants rights to due process. The court than GRANTED the Englewood Defendants Motion for summary judgment in violation of Plaintiff's right to due process and right to trial.

**Identify the issues to be raised on appeal:**

1. Whether the District court abused its discretion and erred in dismissing the plaintiff's complaint without prejudice holding that the defendant CareOne is not a State Actor, and did not work in concert with the Englewood Defendants and EMS to violate appellants rights to due process.

2. Whether the District court abused its discretion and erred in dismissing the plaintiff's complaint without prejudice holding that plaintiff did not plausibly allege any arguable procedural due process violation or any conduct that "shocks the conscience" that would give rise to a substantive due process violation.

3. Whether the District court abused its discretion and erred in dismissing the plaintiff's complaint without prejudice when the court declined to exercise supplemental jurisdiction over plaintiff's state law claims against CareOne and City of Englewood Defendants.

4. Whether the District court abused its discretion and erred in granting Englewood Defendants Motion for Summary Judgment in violation of Plaintiff's right to due process and right to trial by jury.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 1st day of November, 2025.

_____
Marc Stephens
Plaintiffs-Appellant, pro se
Marcstephens3@gmail.com
201-598-6268